Corporate Resolution

On ___9-24-19___ a special meeting of shareholders of Rocky Mountain Cyclery, Inc. was held. All shareholders were present.

At the special meeting a resolution was made by the corporation to seek Chapter 7 Bankruptcy protection and to hire attorney Ross J. Wabeke to represent the corporation in said bankruptcy.

Dated: 9-24-19

_____
Sarah Tanner
President of Rocky Mountain Cyclery, Inc.